# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 1:21-CV-5784 RPK-RML                             Date Filed: 10/18/2021

Plaintiff:
**Tamara Wareka p/k/a Tamara Williams**
vs.
Defendant:
**Shutterstock, Inc., and Does 1 through 10 inclusive**

State of New York, County of Albany)ss.:

Received by THE SERVINATOR, INC. to be served on **Shutterstock, Inc., C/O Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, James Boland, being duly sworn, depose and say that on the **22nd day of October, 2021** at **2:25 pm**, I:

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Complaint, Demand for Jury Trial** to Minard Carkner as Litigation Management Specialist of Corporation Service Company as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 65,  Sex: F,  Race/Skin Color: White,  Height: 5'5",  Weight: 150,  Hair: Gray,  Glasses: Y

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 29th day of October, 2021 by the affiant who is personally known to me

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2022

**James Boland**
Process Server

THE SERVINATOR, INC.
41 State Street
Suite 604-13
Albany, NY  12207
(518) 432-7378
Our Job Serial Number: 2021003813

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x