```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  TAMARA WAREKA,

                                    Plaintiff,         ORDER SCHEDULING
                                                       SETTLEMENT CONFERENCE
              -against-
                                                       22-CV-6995 (JPO)
  SHUTTERSTOCK INC.,

                                    Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Wednesday, November 30, 2022 at 10:00 a.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **November 23, 2022 by 5:00 p.m.**

         SO ORDERED.

Dated: September 22, 2022
       New York, New York

                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2022